UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDY RODRIGO GREGORIO ORDOÑEZ,

          Petitioner,

  v.

PAMELA BONDI, et al.,

          Respondent.

Case No. 2:25-cv-02356-JHC-TLF

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. # 16), Respondents' objections (Dkt. # 17), and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's federal habeas corpus petition is GRANTED with respect to petitioner's Due Process challenge (Claim Two).  The respondents are directed to release petitioner from custody within 24 hours of the Court's entry of this order, with the same conditions as the conditions for his release in 2018, and he may not be re-detained until after an immigration court hearing is held (with adequate notice and due process protections) to determine whether detention is appropriate.

ORDER - 1

     (3)    The Court STRIKES as moot Petitioner's emergency motion at Dkt. # 18, because, as noted above, Respondents must now release Petitioner, and they may not remove or transfer him.

     (4)    The Clerk shall provide a copy of this order to counsel for the parties and the Hon. Theresa L. Fricke.

Dated this 5th day of January, 2026.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2